JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROL Y. POWELL, AKA CAROL YORKE,<br><br>    Defendant | No. CV A 12-10515<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Carol Y. Powell, aka Carol Yorke, in the principal amount of $2,635.00 plus interest accrued to December 3, 2012, in the sum of $6,966.38; with interest accruing thereafter at 9% annually until entry of judgment for a total amount of $9,601.38.

DATED: January 23, 2013        By: /s/ Jenny Lam
                                    Clerk of the Court

                                    _____
                                    Deputy Clerk
                                    United States District Court