```
 1 │ JACQUELYNE M. NGUYEN, Bar no. 249658
   │ LAW OFFICES OF JACQUELYNE M. NGUYEN
 2 │ 1670 SANTA ANA AVE., SUITE "K"
   │ COSTA MESA, CA 92627
 3 │ Telephone: (949) 722-0055                        JS-6
   │ Fax: (949) 722-8416
 4 │ Email: jackie@jacquelynenguyenlaw.com
 5 │ Attorney for: Plaintiff
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 12-10515 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| CAROL Y. POWELL, AKA CAROL YORKE, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Carol Y. Powell, aka Carol Yorke, in the principal amount of $2,635.00 plus interest accrued to December 3, 2012, in the sum of $6,966.38; with interest accruing thereafter at 9% annually until entry of judgment for a total amount of $9,601.38.

DATED: January 23, 2013        By: /s/ Jenny Lam
                                   Clerk of the Court

                                   _____
                                   Deputy Clerk
                                   United States District Court

Page 5